```
                                      FILED              RECEIVED
                                      ENTERED            SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                            MAR - 8 2007

                                         CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                      BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| TONI DOLLIE GARCIA, | 3:06-CV-0091-ECR-VPC |
| Plaintiff, | |
| vs. | MINUTES OF THE COURT |
| | DATE: MARCH 8, 2007 |
| MARYANN RYAN, et al., | |
| Defendant. | |

PRESENT: _____EDWARD C. REED, JR._____           U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__      Reporter: _____NONE APPEARING_____

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

On February 12, 2007, the Magistrate Judge filed a Report and Recommendation (#5), recommending that this Court enter an order dismissing this action without prejudice.

The Report and Recommendation is well taken and is **APPROVED** and **ADOPTED**.

No objections were timely filed.

**IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

The Clerk shall enter judgment accordingly.

Dismissal is proper because Plaintiff's Complaint is unintelligible and Plaintiff has failed to file an amended complaint stating a claim upon which relief can be granted.

LANCE S. WILSON, CLERK

By _____/s/_____
     Deputy Clerk